SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Plaintiff

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2017 APR 24 PM 12: 23

N. MIYAIA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JOYCE LEE, | ) Civ. No. 17-1-0664-04  GWBC |
| | ) (Motor Vehicle Tort) |
| Plaintiff, | ) |
| | ) COMPLAINT; SUMMONS |
| vs. | ) |
| | ) |
| UNITED AIRLINES, INC., a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff JOYCE LEE, through undersigned counsel, hereby states for her Complaint as follows:

1. Plaintiff is, and was at all times relevant to this Complaint, a resident of the City and County, State of Hawaii.

2. Defendant UNITED AIRLINES, INC. is a duly registered Delaware corporation which does business, and was doing business at all times relevant to this Complaint, in the City and County of Honolulu, State of Hawaii.

3. On or about December 10, 2016, Plaintiff was a passenger on United Airlines Flight #1158 from Los Angeles, California, to Honolulu, Hawaii.

4. On this date, Plaintiff left her seat to go to the bathroom. She was not warned by any of Defendant's flight attendants not to leave her seat, and no flight attendant attempted to stop her from leaving her seat or attempted to have Plaintiff return to her seat.

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

EXHIBIT 1

5. As Plaintiff walked toward the bathroom, the plane lurched causing Plaintiff to fall and break her ankle and suffer other injury and pain to her body and mind.

6. Flight attendants working for Defendant acting within the scope of their employment were negligent in preventing Plaintiff from getting out of her seat at a time when passengers should have been told to remain in their seats and/or were negligent in failing to have Plaintiff return to her seat at a time when passengers should have been directed immediately to return to their seats.

7. As a proximate result of the negligence of Defendant's flight attendants, Plaintiff suffered pain and injuries to her body and mind and incurred expenses for medical care.

8. Defendant is liable for the damages caused to Plaintiff by the negligence of Defendant's flight attendants acting within the scope of their employment, as allege above, under the doctrine of respondeat superior.

9. Plaintiff suffered special and general damages as a result of the negligence of Defendant's flight attendants in an amount to be shown at the time of trial.

WHEREFORE, Plaintiff prays for a judgment against Defendant for special and general damages in an amount which will be shown at the time of trial, and for such other and further relief as the court deems just and appropriate.

DATED: Honolulu, Hawaii, April 21, 2017.

_____
SAMUEL P. KING, JR.
Attorney for Plaintiff

| STATE OF HAWAI'I<br>CIRCUIT COURT<br>OF THE FIRST CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER<br>CIV No.<br>17-1-0664-04 GWBC |
|---|---|---|
| PLAINTIFF,<br>JOYCE LEE | VS. | DEFENDANT.<br>UNITED AIRLINES, INC., a Delaware corporation |

PLAINTIFF'S ADDRESS (NAME, ADDRESS, TEL. NO.)
Samuel P. King Jr. 1396
King & King, Attorneys-At-Law
735 Bishop St Ste 304, Dillingham Transportation Bldg
Honolulu, HI 96813-4819
Attorney for Joyce Lee
Plaintiff Individual

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

Samuel P. King Jr. 1396
plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| DATE ISSUED<br>APR 2 4 2017 | CLERK<br>N. MIYATA | Circuit Court [SEAL] | |
|---|---|---|---|
| I do hereby certify that this is full, true, and correct copy of the original on file in this office | | | |



In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4853 or TTY 539-4322, at least ten (10) working days prior to your hearing or appointment date.

Reprographics (07/11)   RevaComm 508 Certified                                    SUMMONS TO ANSWER CIVIL COMPLAINT 1C-P-787